UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGELA A. ASHBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV01289 AGF |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant, | ) |

## ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the total amount of $1,262.50, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff is the prevailing party in her action challenging the Commissioner of Social Security's denial of her application for supplemental security income. Her request for fees is supported by appropriate documentation, and the Commissioner states that she does not object to Plaintiff's application, nor to the amount Plaintiff has requested. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees in the amount of $1,262.50 is **GRANTED**. [Doc. #19]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of June, 2006.